Certificate Number: 04483-VAE-DE-015973020

Bankruptcy Case Number: 11-31689



04483-VAE-DE-015973020

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 7, 2011, at 1:32 o'clock PM CDT, Wesley Gosselin completed a course on personal financial management given by internet by #02 Certificate Class, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:   September 7, 2011           By:    /s/Danielle Cioffi

                                    Name:  Danielle Cioffi

                                    Title: Administrative Assistant

Certificate Number: 04483-VAE-DE-017207217

Bankruptcy Case Number: 11-31689



04483-VAE-DE-017207217

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 29, 2012, at 9:44 o'clock PM CST, Lee Gosselin completed a course on personal financial management given by internet by #02 Certificate Class, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:   January 30, 2012                         By:    /s/Lacee Pierce

                                                 Name:  Lacee Pierce

                                                 Title: Administrative Assistant